■ In the Matter of THOMAS K. VANDERLIP, Respondent, v EDWARD J. MAHONEY et al., Constituting the Board of Elections of the County of Erie, Respondent, and JENNIE PIWOWARSKI, Appellant.—Order unanimously affirmed, without costs. Memorandum: Petitioner brought a special proceeding under section 330 of the Election Law for reinstatement as a candidate in the Democratic primary for Councilman at Large. The board of elections' determination was made on July 28 or 29, 1977 and a special proceeding was instituted on July 29, 1977, more than 14 days after the last day to file

designating petitions. The Supreme Court properly reinstated petitioner on the ground that the proceeding was timely brought after notification of the board decision *(Matter of Pell v Coveney,* 37 NY2d 494; *Matter of Brownrout v Mahoney,* 45 AD2d 945; *Matter of Jones v Gallo,* 37 AD2d 793) and on the ground that there are sufficient valid signatures to bring the petition into substantial compliance with the Election Law *(Matter of Rosen v McNab,* 25 NY2d 798; *Matter of Weiss v Mahoney,* 49 AD2d 796; *Matter of Jones v Gallo, supra).* (Appeal from order of Erie Supreme Court—Election Law.) Present—Marsh, P. J., Simons, Dillon, Denman and Witmer, JJ. (Decided Aug. 24, 1977.)